IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ATOMIC HILL, JR.
ADC #110189                                                                    PLAINTIFF

v.                    Case No. 2:10-cv-4-DPM

MOSES JACKSON; FAREN CLEMMONS;
LESTER ALLEN; ALBERT McKINNEY;
and STEVE OUTLAW                                                       DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition—to which Atomic Hill objected. After conducting a *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Ray's decision as its own. *Document No. 45.* The Defendants' motion for summary judgment, *Document No. 35*, is granted. Hill's complaints, *Document Nos. 3 & 7*, are dismissed with prejudice. An *in forma pauperis* appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2011